

United States District Court
Eastern District of California

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO, | Case Number: 2:25-mc-00398-WBS-JDP |
| Plaintiff(s) | |
| V. | |
| AFFIRM, INC. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, McKenzie R. Czabaj hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Movant Ronald Alexander Garcia Delgado

On June 10, 2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Arizona (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have, [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Alvarez, Angela v. Equifax, et al., Case No. 2:25-cv-00937, PHV Filed 04/01/2025 - Granted
Seals, Lionel v. Safety Holdings, Inc., Case No. 2:25-cv-02960, PHV Filed 10/30/2025 - Granted

Date: December 23, 2025    Signature of Applicant: /s/ McKenzie Czabaj

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | McKenzie R. Czabaj |
| Law Firm Name: | Consumer Justice Law Firm |
| Address: | 8095 North 85th Way |
| City: | Scottsdale      State: AZ    Zip: 85258 |
| Phone Number w/Area Code: | (480) 626-2376 |
| City and State of Residence: | Phoenix, Arizona |
| Primary E-mail Address: | mczabaj@consumerjustice.com |
| Secondary E-mail Address: | eservice@consumerjustice.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jenna Dakroub |
| Law Firm Name: | Consumer Justice Law Firm |
| Address: | 16130 Ventura Boulevard |
| | Suite 300 |
| City: | Encino     State: CA    Zip: 91316 |
| Phone Number w/Area Code: | (602) 807-1525 |
| Bar#: | 350170 |

**ORDER**

The Pro Hac vice Application is APPROVED. The Pro Hac vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 29, 2025

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE