UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO,<br><br>        Movant,<br><br>      v.<br><br>AFFIRM, INC.,<br><br>        Respondent. | Misc. Case No. 2:25-mc-00398-WBS-JDP<br><br>[Assigned to United States District Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson]<br><br>Underlying Action: Garcia Delgado v. Experian Information Solutions, Inc.; Case No. 4:24-cv-00637-ALM (E.D. TX)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION AND STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL COMPLIANCE WITH A FEDERAL SUBPOENA |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

JOINT MOTION AND STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL COMPLIANCE WITH A FEDERAL SUBPOENA
CASE NO. 2.25-mc-00398-WBS-JDP

Having reviewed the Parties' Joint Motion and Stipulation to Continue Hearing on Motion to Compel Compliance with a Federal Subpoena (the "Joint Motion"), this Court GRANTS the Joint Motion.  The hearing on the Motion to Compel Compliance with Federal Subpoena (Dkt. No. 1) is hereby continued to February 26, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 28, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

2   JOINT MOTION AND STIPULATION TO
CONTINUE HEARING ON MOTION TO
COMPEL COMPLIANCE WITH A
FEDERAL SUBPOENA
CASE NO. 2.25-mc-00398-WBS-JDP